1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-00593-TLN-KJN

      IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:24-cv-00594-TLN-KJN

13                                              No. 2:24-cv-00595-TLN-KJN

14                                              No. 2:24-cv-00596-TLN-KJN

15                                              No. 2:24-cv-00597-TLN-KJN

16                                              No. 2:24-cv-00598-TLN-KJN

17                                              No. 2:24-cv-00599-TLN-KJN

18                                              No. 2:24-cv-00600-TLN-KJN

19                                              No. 2:24-cv-00601-TLN-KJN

20                                              No. 2:24-cv-00602-TLN-KJN

21                                              **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                              1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00593, 2:24-cv-00594, 2:24-cv-00595, 2:24-cv-00596, 2:24-cv-00597, 2:24-cv-00598, 2:24-cv-00599, 2:24-cv-00600, 2:24-cv-00601 and 2:24-cv-00602 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:    March 14, 2024

Troy L. Nunley
United States District Judge

2